PHILLIP A. TALBERT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

Nov 17, 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SARAH JEAN SHOFFNER<br>　aka SARAH JEAN REYNOLDS,<br><br>　　　　　　Defendant. | CASE NO. 2:23-cr-0294 JAM<br><br>18 U.S.C. § 1014 – False Statement to Bank or Other Financially Insured Institution |

I N F O R M A T I O N

COUNT ONE: [18 U.S.C. § 1014 – False Statement to Bank or Other Financially Insured Institution]

　　The United States Attorney further charges: T H A T

　　　　SARAH JEAN SHOFFNER
　　　　aka SARAH JEAN REYNOLDS,

defendant herein, in or about July 2017 or August 2017, in the State and Eastern District of California, knowingly made and caused to be made false statements and reports, as set forth below, for the purpose of influencing the actions of Bank 1, the accounts of which were then insured by the Federal Deposit Insurance Corporation ("FDIC"), in connection with an application for a $25,000.00 loan sought in the name of Organization 1 as borrower:

///

///

| Count | False Statement/Report |
|---|---|
| 1 | A Business Lending Credit Application that:<br>(1) Listed Person 1—a member of Organization 1's Board of Directors—as a loan applicant and falsely indicated that Person 1 had signed the application certifying the accuracy of the information in the loan application, when in truth and in fact, as the defendant well knew, Person 1 did not sign the loan application, did not certify the accuracy of the information in the loan application, and did not authorize defendant to submit the loan application on behalf of Organization 1; and<br>(2) falsely listed the balance in Organization 1's "Butte County Auditors" bank account as $3,000.00, when in truth and in fact, the balance was $20.97 in both July and August, 2017. |

All in violation of Title 18, United States Code Sections 2 and 1014.

Dated: 11/17/2023

PHILLIP A. TALBERT
United States Attorney

By: /s/ Shelley D. Weger
SHELLEY D. WEGER
Assistant United States Attorney

INFORMATION                    2

## United States v. Sarah Jean Shoffner aka Sarah Jean Reynolds
### Penalties for Information

### COUNT 1:

VIOLATION:    18 U.S.C. § 1014 – False Statement to Bank or Other Financially Insured Institution

PENALTIES:    Up to 30 years in prison;
Fine of up to $1,000,000, or twice the gross gain or gross loss, whichever is greater; or both fine and imprisonment
Not more than 5 years supervised release.

SPECIAL ASSESSMENT: $100